UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-60308-CIV-MORENO

RICHARD BRIAN AKERS,

    Plaintiff,

vs.

PIONEER CREDIT RECOVERY, INC.,

    Defendant.
_____/

### DEFAULT FINAL JUDGMENT AND ORDER OF DISMISSAL

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant Pioneer Credit Recovery, Inc for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff Richard Brian Akers on **February 12, 2014**. It is hereby

**ADJUDGED** that a Default Final Judgment is entered in favor of Plaintiff Richard Brian Akers and against Defendant Pioneer Credit Recovery, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of March, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record