UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-60308-CIV-MORENO

RICHARD BRIAN AKERS,

    Plaintiff,

vs.

PIONEER CREDIT RECOVERY, INC.,

    Defendant.
_____/

## ORDER VACATING DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon the Joint Motion to Set Aside Default Final Judgment and Order of Dismissal **(D.E. # 6)**, filed on **March 10, 2014.**

THE COURT has considered the motion, pertinent portions of the record, and is otherwise fully advised in the premises. The Court entered default final judgment against Defendant Pioneer Credit Recovery, Inc. on **March 7, 2014** due to Defendant's failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff Richard Brian Akers. It is hereby

**ADJUDGED** that this motion is GRANTED. Default judgment is vacated. Defendant Pioneer Credit Recovery, Inc. is directed to file a responsive pleading by **March 21, 2014.**

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of March, 2014.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record