UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RICHARD BRIAN AKERS,

        Plaintiff,

                                          Case No. 14-cv-60308-FAM

v.

PIONEER CREDIT RECOVERY, INC.,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

        Defendant, Pioneer Credit Recovery, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                          Respectfully submitted,

                                          /s/ Dayle M. Van Hoose
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No. 0016277
                                          Rachel A. Morris, Esq.
                                          Florida Bar No. 0091498
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Telephone: (813) 890-2463
                                          Facsimile: (866) 466-3140
                                          dvanhoose@sessions-law.biz
                                          rmorris@sessions-law.biz

              Attorneys for Defendant,
              Pioneer Credit Recovery, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of March 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        Bret L. Lusskin, Esq.
      20803 Biscayne Boulevard, Suite 302
        Aventura, Florida 33180

              /s/ Dayle M. Van Hoose
              Attorney