UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-60308-CIV-MORENO**

RICHARD BRIAN AKERS,

    Plaintiff,

vs.

PIONEER CREDIT RECOVERY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Notice of Settlement and Stipulation for Dismissal with Prejudice (**D.E. No. 20**), filed on **March 31, 2014**.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate. The Court retains jurisdiction to enforce the parties' settlement for six months.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of March, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record